In re Estate of Charles W. Smith, Deceased.
Harriet E. Levings, Appellee, v. Franc Ingraham, Administratrix De Bonis Non of Estate of Charles W. Smith, Deceased, Appellant.

Gen. No. 9,491.

Heard in this court at October term, 1939; opinion filed February 14, 1940. Henry C. Warner and Clyde Smith, for appellant; B. Jay Knight, J. E. Goembel and Robert L. Bracken, for appellee; Frederick H. Haye, of counsel. Opinion by Presiding Justice WOLFE. ''Not to be published in full.''